| B9E (Official Form 9E) (Chapter 11 Individual or Joint Debtor Case) (12/12) | Case Number **2:14−bk−15131−PS** |
|---|---|

| UNITED STATES BANKRUPTCY COURT District of Arizona |
|---|

# Notice of
# Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A bankruptcy case concerning the debtor(s) listed below was originally filed under chapter 13 on 10/3/14 and was converted to a case under chapter 11 on 4/8/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below.
NOTE:  The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
DAVID STONE
3230 EAST SHANGRI LA ROAD
PHOENIX, AZ 85028

| Case Number:<br>2:14−bk−15131−PS | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8887 |
|---|---|

Attorney for Debtor(s) (name and address):
DAVID STONE
3230 EAST SHANGRI LA ROAD
PHOENIX, AZ 85028
Telephone number:

## Meeting of Creditors
Date:  **May 12, 2015**                                    Time:  **09:30 AM**
Location:  **US Trustee Meeting Room, 230 N. First Avenue, Suite 102, Phoenix, AZ**

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
Notice of deadline will be sent at a later time.

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 7/13/15**

**Deadline to File a Complaint Objecting to Discharge of the Debtor:**
*First date set for hearing on confirmation of plan.*
Notice of that date will be sent at a later time.

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003−1727<br>Telephone number:  (602) 682−4000 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>George Prentice |
|---|---|
| Hours Open:  Monday − Friday 9:00 AM − 4:00 PM | Date:  4/9/15 |

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under Chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form (Official Form B10) can be obtained at the court's website: http://www.azb.uscourts.gov/default.aspx?PID=76 or at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you file a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). Unless the court orders otherwise, however, the discharge will not be effective until completion of all payments under the plan. A discharge means that you may never try to collect the debt from the debtor except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 1141(d)(3), you must file a complaint with the required filing fee in the bankruptcy clerk's office not later than the first date set for the hearing on confirmation of the plan. You will be sent another notice informing you of that date. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Dismissal of Case | This case shall be dismissed if the debtor(s) fail to appear at the meeting of creditors or fail to timely file all required schedules and statements. |
| Required Papers | **All individual debtors must provide photo identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed.** |

Refer to Other Side for Important Deadlines and Notices

```
                                United States Bankruptcy Court
                                       District of Arizona
In re:                                                                    Case No. 14-15131-PS
DAVID STONE                                                               Chapter 11
        Debtor               CERTIFICATE OF NOTICE
District/off: 0970-2          User: olmansonk              Page 1 of 3               Date Rcvd: Apr 09, 2015
                              Form ID: b9e                 Total Noticed: 101


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2015.
db             +DAVID STONE,    3230 EAST SHANGRI LA ROAD,    PHOENIX, AZ 85028-2706
aty            +ANDREW M. DUDLEY,    EDWARD J. MANEY, CHAPTER 13 TRUSTEE,    101 N. FIRST AVE., STE 1775,
                 PHOENIX, AZ 85003-1927
aty             Christopher J. Dylla,    Office of the Arizona Attorney General,    1275 West Washington Street,
                 Phoenix, AZ 85007-2926
aty            +JESSICA SABO,    EDWARD J. MANEY, CHAPTER 13 TRUSTEE,    101 N. 1st Ave.,    1775,
                 PHOENIX, AZ 85003-1927
aty             JUSTIN J. HENDERSON,    LEWIS ROCA ROTHGERBER LLP,    201 East Washington Street,    Suite1200,
                 Phoenix, AZ 85004-2595
aty            +LAWRENCE "D" PEW,    Pew Law Center, PLLC,    1811 S. Alma School Rd.,    Suite 260,
                 Mesa, AZ 85210-3042
aty            +MATTHEW ALLEN SILVERMAN,     OFFICE OF THE ATTORNEY GENERAL,    1275 W. WASHINGTON,
                 PHOENIX, AZ 85007-2997
aty            +MICHAEL W. CHEN,    McCarthy Holthus, LLP,    9510 West Sahara Avenue,    SUITE 110,
                 Las Vegas, NV 89117-8804
tr             +EDWARD J. MANEY,    101 N. FIRST AVE., SUITE 1775,    PHOENIX, AZ 85003-1927
cr             +ARIZONA DEPARTMENT OF REVENUE,    c/o Matthew A. Silverman,    Assistant Attorney General,
                 Arizona Attorney General's Office,    1275 West Washington,    Phoenix, AZ 85007-2997
cr             +DONAHUE SCHRIBER REALTY GROUP,    c/o JUSTIN J. HENDERSON,    LEWIS ROCA ROTHGERBER LLP,
                 201 E WASHINGTON, #1200,    PHOENIX, AZ 85004-2595
cr             +Hsbc Bank Usa, N.A., As Trustee For The Registered,     c/o McCARTHY & HOLTHUS, LLP,
                 8502 E. Via De Ventura, Suite 200,    Scottsdale, AZ 85258-3240
cr             +OCWEN LOAN SERVICING, LLC, AS SERVICER FOR HSBC BA,     c/o McCarthy & Holthus, LLP,
                 McCARTHY HOLTHUS & LEVINE, P.C.,    1770 Fourth Avenue,    San Diego, CA 92101-2607
13216415       +AEGIS MTG,    5208 West Reno, Ste. #255,    Oklahoma City, OK 73127-6353
13216417       +AEGIS Mortgage Corp,    3250 Briarpark Dr, Ste. 40,    Houston, TX 77042-4240
13349871       +AZ Statewide Anat Path,    8361 E. Evans, #107,    Scottsdale, AZ 85260-3617
13216450       +AZ Statewide Anat Path,    8361 East Evans, #107,    Scottsdale, AZ 85260-3617
13349882       +Bank of America,    3030 N. Central Avenue,    Phoenix, AZ 85012-2708
13216416       +Bank of America,    3030 North Central Avenue,    Phoenix, AZ 85012-2708
13349881       +Barklays BK,    125 South West St.,    Wilmington, DE 19801-5014
13349861       +Bureau Medical Econ.,    P.O. Box 20247,    Phoenix, AZ 85036-0247
13216425      #+Bureau Of Collections Recovery LLC,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13349849      #+Bureau of Collections,    7575 Corporate Way,    Eden Prairie, MN 55344-2022
13216465       +Bureau of Medical Economics,    326 East Coronado Road,    Phoenix, AZ 85004-1524
13216441       +Bureau of Medical Economics,    P.O. Box 20247,    Phoenix, AZ 85036-0247
13216452        CU Recovery, Inc,    26263 Forest Blvd.,    Wyoming, MN 55092-8033
13216427        California Franchise Tax Board,    P.O. Box 942840,    Sacramento, CA 94240-0040
13216413       +Capstone Funding Group, Inc.,    11403 W. Bernardo Court,    Suite 200,
                 San Diego, CA 92127-1639
13216419       +Capstone Funding Group, Inc.,    11403 West Bernardo Court,    Suite 200,
                 San Diego, CA 92127-1639
13365710       +Capstone Funding Group, LLC,    c/o Pew Law Center, PLLC,    1811 S. Alma School, Ste 260,
                 Mesa, AZ 85210-3042
13349867       +Coastal Nat. Ins. Corp.,    5701 Stirling Rd.,    Davie, FL 33314-7429
13216459        Coastal National Insurance Comp,    5701 Stirling Rd,    Davie, FL 33314-7429
13349876       +Credit West,    9601 N. Black Canyon,    Phoenix, AZ 85021-2702
13386745       +DONAHUE SCHRIBER REALTY GROUP,    C/O JUSTIN J. HENDERSON,    LEWIS ROCA ROTHGERBER LLP,
                 201 EAST WASHINGTON, #1200,    PHOENIX, AZ 85004-2595
13216444       +Donahue Schriber Realty Group,    200 East Baker Street, Ste.100,    Costa Mesa, CA 92626-4551
13349874       +Donahue Schriber Rlty.,    40 N. Central Ave., 19 Fl.,    Phoenix, AZ 85004-4429
13349880       +EOS CCA,    700 Lonwater Dr.,    Norwell, MA 02061-1624
13349851        Ed Astra Recovery SE,    3611 N. Ricge Rd., #104,    Wichita, KS 67205
13216445       +Freedom Fitness,    4532 E. Lone Mountain Rd.,    Cave Creek, AZ 85331-4406
13216414      #+GMAC Mortgage, LLC,    P.O. Box 79135,    Phoenix, AZ 85062-9135
13388062        HSBC Bank USA, N.A.,,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13327545       +Hsbc Bank Usa, N.A.,    c/o McCARTHY & HOLTHUS, LLP,    8502 E. Via De Ventura, Suite 200,
                 Scottsdale, AZ 85258-3240
13349850       +Hughes Federal Credit,    951 E. Hermans Rd.,    Tucson, AZ 85756-9000
13227886       +JUSTIN J. HENDERSON,    (DONAHUE SCHRIBER REALTY GROUP),    LEWIS ROCA ROTHGERBER LLP,
                 201 E WASHINGTON, #1200,    PHOENIX, AZ 85004-2595
13216422       +Jamie H. Kapner, MD,    10210 N. 92nd St #100,    Scottsdale, Az 85258-4523
13216448       +Kevin A. Fuciarelli, MD,    23823 North 113th PL,    Scottsdale, AZ 85255-5637
13349869       +Kevin Fuciarelli, MD,    23823 N. 113th Place,    Scottsdale, AZ 85255-5637
13216434       +Lab Corp,    P.O. Box 2240,    Burlington, NC 27216-2240
13216458       +Lamont, Hanley & Assoc., Inc.,    P.O. Box 179,    Manchester, NH 03105-0179
13216420       +MTC Financial Inc., dba Trustee Corp,    17100 Gillette Ave,    Irvine, CA 92614-5603
13216433       +Maricopa County Superior Court,    P.O. Box 25426,    Phoenix, AZ 85002-5426
13219550        McCARTHY HOLTHUS & LEVINE, P.C.,    c/o McCarthy & Holthus, LLP,    1770 Fourth Avenue,
                 San Diego, CA 92101-2607
13216418       +Ocwen Loan Servicing,    1675 Palm Beach Lakes Blvd.,    Suite 304,
                 West Palm Beach, FL 33401-2122
```

```
13219551           Ocwen Loan Servicing, LLC,    Attention: Bankruptcy,    P.O. BOX 24605,
                    West Palm Beach, FL 33416-4605
13216432          +PIONEER CREDIT,    P.O. Box 308,    Perry, NY 14530-0308
13349866          +Pacer Service Center,    P.O. Bosx 71364,    PHiladelphia, PA 19176-1364
13216457           Pacer Service Center,    PO Box 71364,    Philadelphia, PA 19176-1364
13349875          +Rad Vucichevich, P.C.,    2800 N. 44th St., #55,    Phoenix, AZ 85008-1500
13216443           Rad Vucichevich, PC,    2701 E. Cainelback Rd., Rd., Ste. 160,    Phoenix, AZ 85016-4236
13216429          +Rake Law Group, PC,    2701 East Camelback Rd., Ste. 160,    Phoenix, AZ 85016-4326
13216435          +SW Diagnostic Imaging,    2323 West Rose Garden Lane,    Phoenix, AZ 85027-2530
13349856           SW Diagnostics Imaging,    2323 E. Rose Garden Ln.,    Phoenix, AZ 85027
13349847          +Scottsdale Emergency,    P.O. Box 48305,    Jacksonville, FL 32247-8305
13216423           Scottsdale Emergency Associates LTD,    P.O. Box 4830S,    jacksonville, FL 32247
13216454           Scottsdale Emergency Associates, LTD,    PO Box 4830S,    jacksonville FL 32247-8305
13349883          +Scottsdale Health Care,    P.O. Box 29689,    Phoenix, AZ 85038-9689
13216461          +Scottsdale Health Care,    PO Box 29689,    Phx, AZ 85038-9689
13349860          +Scottsdale Physicians,    8328 E. Hartford Dr.,    Scottsdale, AZ 85255-6520
13216440          +Scottsdale Physicians Group PLC,    8328 East Hartford Dr,    Scottsdale, AZ 85255-6520
13216456          +Sonora Quest Laboratories,    1255 West Washington Street,    Tempe, AZ 85281-1210
13349884          +Sonora Quest Labs 30.49,    1255 W. Washington St.,    Tempe, AZ 85281-1210
13349870          +Southwest Diagnostic,    2323 W. Rose Garden Ln,    Phoenix, AZ 85027-2530
13216449          +Southwest Diagnostic Imaging,    2323 W. Rose Garden Lane,    Phoenix, AZ 85027-2530
13349879          +Thunderbird Collections,    7701 E. Indian School,    Scottsdale, AZ 85251-4041
13216421          +Trinity Financial Services, LLC,    P.O. Box 27370,    Anaheim Hills, CA 92809-0112
13216460           Waste Asset Management,    PO Box 790113,    St. Louis, MO 63179-0113
13349858          +Waste Asset Managmnt.,    P.O. Box 790113,    St.Louis, MO 63179-0113
13216437          +West Asset Management Inc.,    P.O. Box 790113,    St. Louis, MO 63179-0113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg               EDI: AZDEPREV.COM Apr 09 2015 23:34:00      AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,
                   1600 W. MONROE, 7TH FL.,    PHOENIX, AZ  85007-2650
13216431         +E-mail/Text: bankruptcy@speedyinc.com Apr 09 2015 23:42:43      AD ASTRA Recovery SE,
                   3611 N. Ridge Rd.,#104,    Wichita, KS 67205-1214
13216447          E-mail/Text: mtamsett@adminrecovery.com Apr 09 2015 23:43:38      Admin Recovery, LLC,
                   9159 Main Street,    Clarence, NY 14031
13211043         +EDI: AZDEPREV.COM Apr 09 2015 23:34:00      ARIZONA DEPARTMENT OF REVENUE,
                   BANKRUPTCY UNIT, 7TH FLOOR,    1600 W. MONROE,    PHOENIX, AZ 85007-2612
13216428         +EDI: AZDEPREV.COM Apr 09 2015 23:34:00      Arizona Dept. of Revenue,    P.O. Box 29070,
                   Phoenix, AZ 85038-9070
13216436         +EDI: CHASE.COM Apr 09 2015 23:33:00      Chase Bank,    P.O. Box 15298,
                   Wilmington, DE 19850-5298
13349877         +EDI: CHASE.COM Apr 09 2015 23:33:00      Chase Bank,    201 N. Walnut Street,
                   Wilmington, DE 19801-2901
13216455         +E-mail/Text: cuwestbk@cuwest.org Apr 09 2015 23:43:16      Credit Union West,    PO Box 7600,
                   Glendale, AZ 85312-7600
13216462         +E-mail/Text: bankruptcy@dtasolutionsllc.net Apr 09 2015 23:43:10      DTA Solutions LLC,
                   9428 Baymeadows Road, Suite 260,    Jacksonville, FL 32256-7970
13349862         +E-mail/Text: p.miyashiro@fastmed.com Apr 09 2015 23:43:52      Fastmed Urgent Care,
                   890 W. Elliott Rd. #103,    Gilbert, AZ 85233-5127
13216442         +E-mail/Text: p.miyashiro@fastmed.com Apr 09 2015 23:43:52      Fastmed Urgent Care,
                   890 West Elliot Rd., Suite 103,    Gilbert, AZ 85233-5127
13251273         +E-mail/Text: bk@hughesfcu.org Apr 09 2015 23:43:42      HUGHES FEDERAL CREDIT UNION,
                   PO BOX 11900,    TUCSON, AZ 85734-1900
13216430         +E-mail/Text: bk@hughesfcu.org Apr 09 2015 23:43:42      Hughes Federal Credit Union,
                   951 E. Hermans Rd.,    Tucson, AZ 85756-9000
13216453          EDI: IIC9.COM Apr 09 2015 23:33:00      I.C. Systems,    PO Box 64886,    St. Paul, MN 55164-0886
13216463          EDI: IIC9.COM Apr 09 2015 23:33:00      I.C. Systems,    PO Box 64886,    St. Paul, MIN 55164-0886
13216426          EDI: IRS.COM Apr 09 2015 23:33:00      IRS,    4041 North Central Ave., Ste. 112,
                   Phoenix, AZ 85012-3335
13216451         +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 09 2015 23:43:19
                   NCO Financial Systems, Inc,    507 Prudential Road,    Horsham, PA 19044-2368
13216439         +E-mail/Text: bgiron@ncsplus.com Apr 09 2015 23:42:44      NCS Plus Incorporated,
                   117 East 24th street, 5th floor,    New York, NY 10010-2937
13216424         +E-mail/Text: bgiron@ncsplus.com Apr 09 2015 23:42:44      NCSPlus Incorporated,
                   117 East 24th Street, 5th Floor,    New York, NY 10010-2937
13349848         +E-mail/Text: bgiron@ncsplus.com Apr 09 2015 23:42:44      NCSPlus Incorporated,
                   117 E.24th St.,5th Fl.,    New York, NY 10010-2937
13216438         +E-mail/Text: lhatfield@thunderbirdcollections.com Apr 09 2015 23:43:52      TCS, Inc,
                   3200 North Hayden Rd., Ste. 110,    Scottsdale, AZ 85251-6766
13349859         +E-mail/Text: lhatfield@thunderbirdcollections.com Apr 09 2015 23:43:52      TCS, Inc.,
                   3200 N. Hayden Rd. 101,    Scottsdale, AZ 85251-6766
13216412         +E-mail/Text: dvo@trinityfs.com Apr 09 2015 23:43:43      Trinity Financial Services, LLC,
                   2618 San Miguel Drive,    Suite 303,    Newport Beach, CA 92660-5437
                                                                                              TOTAL: 23

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13349853          Maricopa Cty Superior Ct,    P.O. Box 25426
```

```
District/off: 0970-2           User: olmansonk            Page 3 of 3                  Date Rcvd: Apr 09, 2015
                               Form ID: b9e               Total Noticed: 101
```

```
cr*           +Capstone Funding Group, LLC,    11403 West Bernardo Court,    Ste 200,    San Diego, CA 92127-1639
13349863*     ++ADMIN RECOVERY,    45 EARHART DR,    SUITE 102,    WILLIAMSVILLE NY 14221-7809
              (address filed with court: Admin Recovery, LLC,     9159 Main Street,    Clarence, NY 14031)
13216464*      CU Recovery, Inc.,    26263 Forest Blvd.,    Wyoming, MN 55092-8033
13349873*     +CU Recovery, Inc.,    26263 Forest Blvd.,    Wyoming, MN 55092-8033
13365690*     +Capstone Funding Group, LLC,    11403 West Bernardo Court, STE 200,    San Diego, CA 92127-1639
13349857*     +Chase Bank,    P.O. Box 15298,    Wilmington, DE 19850-5298
13349868*     +Credit Union West,    P.O. Box 7600,    Glendale, AZ 85312-7600
13349878*     +Hughes Federal Credit,    951 E. Hermans Road,    Tucson, AZ 85756-9000
13349846*     +Jamie H. Kapner, MD,    10210 N. 92nd St., #100,    Scottsdale, AZ 85258-4523
13349854*     +Lab Corp.,    P.O. Box 2240,    Burlington, NC 27216-2240
13327546*      McCarthy Holthus & Levine, P.C.,    c/o McCarthy & Holthus, LLP,    1770 Fourth Avenue,
                San Diego, CA 92101-2607
13349872*     +NCO Financial Systems,    507 Prudential Road,    Horsham, PA 19044-2368
13216446*     +NCS Plus, Inc.,    117 East 24th Street 5th floor,    New York, NY 10010-2937
13349852*     +Pioneer Credit,    P.O. Box 308,    Perry, NY 14530-0308
13349855*     +Pioneer Credit,    P.O. Box 308,    Perry, NY 14530-0308
13349864*     +Scottsdale Emergency,    P.O. Box 48305,    jacksonville, FL 32247-8305
13349865*      Waste Asset Managmnt.,    P.O. Box 790113,    St.Louis, MO 63179-0113
                                                                                         TOTALS: 1, * 17, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2015 at the address(es) listed below:
              JESSICA SABO    on behalf of Trustee EDWARD J. MANEY jsabo@maney13trustee.com
              JUSTIN J. HENDERSON    on behalf of Creditor    DONAHUE SCHRIBER REALTY GROUP JHenderson@LRRLaw.com,
               CScruggs@LRRLaw.com
              LAWRENCE "D" PEW    on behalf of Creditor    Capstone Funding Group, LLC legal1@pewlaw.com
              MATTHEW ALLEN SILVERMAN    on behalf of Creditor    ARIZONA DEPARTMENT OF REVENUE
               matthew.silverman@azag.gov, BankruptcyUnit@azag.gov;kathryn.prosise@azag.gov;hua.qin@azag.gov
              MICHAEL W. CHEN    on behalf of Creditor    Hsbc Bank Usa, N.A., As Trustee For The Registered
               Holders Of Ace Securities Corp. Home Equity Loan Trust, Series 2005-He3, Asset Backed
               Pass-Through Certificates, Its Assignees And/Or Successors, By mchen@mccarthyholthus.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 6
```