FORM o11cnvff
REVISED 11/21/2012

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                      Case No.: 2:14−bk−15131−PS

DAVID STONE                      Chapter: 11
3230 EAST SHANGRI LA ROAD
PHOENIX, AZ 85028
**SSAN:** xxx−xx−8887
**EIN:**

Debtor(s)

## ORDER TO PAY CHAPTER 11 CONVERSION FILING FEE

The above−captioned Debtor(s) having converted this case from a case under Chapter 7 or Chapter 13 to a case under Chapter 11 and the conversion filing fee specified below being due and owing:

- ☐   $922.00 Conversion from Chapter 7

- ☑   $932.00 Conversion from Chapter 13

**IT IS ORDERED** that the Debtor(s) pay the filing fee due on or before 21 days from the date of this Order.

**FAILURE TO PAY THE FILING FEE AS ORDERED SHALL RESULT IN DISMISSAL OF THIS CASE WITHOUT FURTHER NOTICE.**

NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** April 9, 2015                                   BY THE COURT

**Address of the Bankruptcy Clerk's Office:**       HONORABLE Paul Sala
U.S. Bankruptcy Court, Arizona                      United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number: (602) 682−4000
www.azb.uscourts.gov

```
                            United States Bankruptcy Court
                                  District of Arizona
In re:                                                           Case No. 14-15131-PS
DAVID STONE                                                      Chapter 11
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0970-2        User: olmansonk        Page 1 of 1        Date Rcvd: Apr 09, 2015
                            Form ID: o11cnvff     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2015.
db             +DAVID STONE,    3230 EAST SHANGRI LA ROAD,    PHOENIX, AZ 85028-2706

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2015 at the address(es) listed below:
              JESSICA   SABO    on behalf of Trustee EDWARD J. MANEY  jsabo@maney13trustee.com
              JUSTIN J. HENDERSON    on behalf of Creditor   DONAHUE SCHRIBER REALTY GROUP  JHenderson@LRRLaw.com, CScruggs@LRRLaw.com
              LAWRENCE "D" PEW   on behalf of Creditor   Capstone Funding Group, LLC  legal1@pewlaw.com
              MATTHEW ALLEN SILVERMAN    on behalf of Creditor   ARIZONA DEPARTMENT OF REVENUE  matthew.silverman@azag.gov, BankruptcyUnit@azag.gov;kathryn.prosise@azag.gov;hua.qin@azag.gov
              MICHAEL W. CHEN   on behalf of Creditor   Hsbc Bank Usa, N.A., As Trustee For The Registered Holders Of Ace Securities Corp. Home Equity Loan Trust, Series 2005-He3, Asset Backed Pass-Through Certificates, Its Assignees And/Or Successors, By  mchen@mccarthyholthus.com
              U.S. TRUSTEE    USTPRegion14.PX.ECF@USDOJ.GOV
                                                                                             TOTAL: 6